UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPENCER KAIDI,

          Plaintiff,

    v.

MINT MOBILE, LLC,

          Defendant.

Case No. 26-cv-04327-HSG

**ORDER DENYING MOTION TO RELATE**

Re: Dkt. No. 13

Defendant Mint Mobile, LLC. filed a motion to relate two other cases in the Northern District of California, Dkt. No. 13. *See Kaidi v. T-Mobile USA, Inc.*, No. 3:26-cv-04412-TLT (N.D. Cal.); *Kaidi v. T-Mobile USA, Inc.*, No. 3:26-cv-05015-AGT (N.D. Cal.). Defendant argues that these cases are related because they all involve (1) the same Plaintiff and legal counsel; (2) a wholly-owned subsidiary of parent company T-Mobile US, Inc.; (3) the same purported nationwide class and California subclass; and (4) "the same, routine use of analytic and advertising tools on the defendants' websites under the same statutes" and causes of action. Dkt. No. 13 at 2–4.

However, these cases involve allegations of unlawful website tracking on three distinct websites. It is not uncommon for a single plaintiff or lawyer to bring a set of lawsuits alleging similar legal claims against different websites for alleged privacy violations, but those similarities alone do not mean that such cases are related. That is at least in part because the merits of the unlawful tracking allegations depend on the website at issue. The additional fact that there is a common parent company alone does not mean that cases alleging tracking on entirely different websites involve "substantially the same parties, property, transaction, or event." *See* Civil L.R. 3-12(a)(1). And though there could be some common, coordinated discovery about corporate

United States District Court
Northern District of California

structure here, the underlying allegations about the tracking behavior on each distinct website are not obviously susceptible to coordinated evidence that would reduce the "burdensome duplication of labor and expense." *See id.* (a)(2). Accordingly, the Court **DENIES** the motion, Dkt. No. 13. The Clerk is **DIRECTED** to e-file this order in case nos. 3:26-cv-04412-TLT and 3:26-cv-05015-AGT.

**IT IS SO ORDERED.**

Dated:    6/26/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2