James H. Moon (SBN 268215)
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: jamesmoon@dwt.com

Justin Oliver C. Lin (SBN 327991)
DAVIS WRIGHT TREMAINE LLP
50 California Street, Suite 2300
San Francisco, California  94111
Telephone: (415) 276-6500
Email: justinlin@dwt.com

*Attorneys for Defendant*
*Mint Mobile, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SPENCER KAIDI, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MINT MOBILE, LLC, and DOES 1-10, Inclusive, <br><br> Defendant. | Case No. 4:26-cv-04327-HSG <br><br> **STIPULATION TO BRIEFING SCHEDULE IN RESPONSE TO AMENDED COMPLAINT; ORDER GRANTING STIPULATED BRIEFING SCHEDULE [CIV. L.R. 6-2; CIV. L.R. 7-12]** |

DAVIS WRIGHT TREMAINE LLP

1

STIPULATION TO BRIEFING SCHEDULE
Case No. 4:26-cv-04327-HSG

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Spencer Kaidi ("Plaintiff") and Defendant Mint Mobile, LLC ("Defendant") (together, the "Parties"), by and through their respective attorneys, hereby stipulate and agree to the following briefing schedule in response to Plaintiff's Amended Complaint filed on July 8, 2026.  (ECF No. 20.)

Plaintiff filed his Complaint on April 1, 2026, in the Superior Court of the State of California, County of Napa and served Defendant with the Summons and Complaint on April 9, 2026.  Defendant filed a notice of removal in this Court on May 11, 2026.  (ECF No. 1.)  On June 17, 2026, Defendant moved to dismiss the complaint (ECF No. 12), after which Plaintiff filed his Amended Complaint (ECF No. 20).

Good cause exists for the proposed briefing schedule.  The schedule will permit Defendant additional time to investigate and prepare a response to the Amended Complaint filed by Plaintiff, and the new factual allegations contained therein.  And Plaintiff does not object to the briefing schedule as it will permit him additional time to similarly respond to any motions by Defendant.

Accordingly, the Parties have conferred and have agreed to the following deadlines:

1.  Defendant's deadline to file a response to the Amended Complaint will be August 7, 2026.

2.  Plaintiff's deadline to oppose any motion filed by Defendant in response to the Amended Complaint will be September 7, 2026.

3.  Defendant's deadline to file a reply in support of a motion will be September 21, 2026.

No deadlines previously set by the Court would be affected by this extension.

Dated:  July 10, 2026

DAVIS WRIGHT TREMAINE LLP

By:  /s/ James H. Moon
     James H. Moon

James H. Moon (SBN 268215)
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899
Email: jamesmoon@dwt.com

DAVIS WRIGHT TREMAINE LLP

STIPULATION TO BRIEFING SCHEDULE
Case No. 4:26-cv-04327-HSG

Justin Oliver C. Lin (SBN 327991)
50 California Street, Suite 2300
San Francisco, California  94111
Telephone: (415) 276-6500
Email: justinlin@dwt.com

*Attorneys for Defendant
Mint Mobile, LLC*

Dated:  July 10, 2026

POTTER HANDY LLP

By:   /s/ James M. Treglio
        James M. Treglio

Mark D. Potter (SBN 166317)
James M. Treglio (SBN 228077)
Isabel Rose Masanque (SBN 292676)
100 Pine St., Ste 1250
San Francisco, California 94111
Telephone: (415) 534-1911
Fax: (888) 422-5191
classactions@potterhandy.com

*Attorneys for Plaintiff
Spencer Kaidi*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 7/13/2026

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

DAVIS WRIGHT TREMAINE LLP

STIPULATION TO BRIEFING SCHEDULE
Case No. 4:26-cv-04327-HSG

3