James H. Moon (SBN 268215)
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: jamesmoon@dwt.com

*Attorneys for Defendant*
*Mint Mobile, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

SPENCER KAIDI, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

MINT MOBILE, LLC, and DOES 1-10, Inclusive,

Defendant.

Case No. 4:26-cv-04327-HSG

**STIPULATION SETTING CASE MANAGEMENT CONFERENCE; ORDER [CIV. L.R. 6-1; CIV. L.R. 6-2; CIV. L.R. 7-12]**



DAVIS WRIGHT TREMAINE LLP

Pursuant to Civil L.R. 6-1, 6-2, and 7-12, Plaintiff Spencer Kaidi ("Plaintiff") and Defendant Mint Mobile, LLC ("Defendant") (together, the "Parties"), by and through their respective attorneys, hereby stipulate as follows:

Plaintiff filed his Complaint on April 1, 2026, and Defendant filed a notice of removal in this Court on May 11, 2026. (ECF No. 1.)

On May 15, 2026, the Court entered its order setting the Parties' Case Management Conference for August 18, 2026, with their Case Management Statement due by August 11, 2026. (ECF No. 10.)

On June 17, 2026, Defendant moved to dismiss the complaint (ECF No. 12), after which Plaintiff filed his Amended Complaint (ECF No. 20).

On July 10, 2026, the Parties agreed and stipulated to a revised briefing schedule in response to Plaintiff's Amended Complaint (ECF No. 22), which the Court ordered effective on July 13, 2026 (ECF No. 24).

On July 27, 2026, the Parties discussed the briefing schedule for the Amended Complaint (ECF Nos. 22, 24) and case management deadlines (ECF No. 10), and agreed to continue the case management conference because the anticipated motion to dismiss could resolve or affect the scope of the case.

On July 31, 2026, the Court entered an order (ECF No. 30) granting the stipulated August 28, 2026 deadline for Defendant's Motion to Dismiss Plaintiff's Amended Complaint and directing the parties to file a stipulation and proposed order setting the Case Management Conference for the date of the Motion to Dismiss hearing, once such hearing was noticed.

On August 28, 2026, Defendant filed its Motion to Dismiss Plaintiff's Amended Complaint and the motion hearing was scheduled for October 29, 2026. (ECF No. 32.)

Accordingly, in compliance with the Court's July 31, 2026 order (ECF No. 30), the Parties request that the Case Management Conference be scheduled for the date of the Motion to Dismiss hearing, i.e., on **October 29, 2026** (or that both hearings be set for a later date that works for the Court).

DAVIS WRIGHT TREMAINE LLP

Respectfully submitted,

Dated: September 11, 2026

DAVIS WRIGHT TREMAINE LLP

By: /s/ James H. Moon
James H. Moon

James H. Moon (SBN 268215)
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899
Email: jamesmoon@dwt.com

*Attorneys for Defendant Mint Mobile, LLC*

Dated: September 11, 2026

POTTER HANDY LLP

By: /s/ Naomi M. Butler
Naomi M. Butler

Mark D. Potter (SBN 166317)
James M. Treglio (SBN 228077)
Isabel Rose Masanque (SBN 292676)
Naomi M. Butler (SBN 332664)
100 Pine St., Ste 1250
San Francisco, California 94111
Telephone: (415) 534-1911
Fax: (888) 422-5191
classactions@potterhandy.com

*Attorneys for Plaintiff Spencer Kaidi*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 9/14/2026

Haywood S. Gilliam, Jr.

The Honorable Haywood S. Gilliam, Jr.
United States District Judge